

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2014

No. 04-14-00406-CV

**IN RE** Gerardo **GONZALEZ** and Claudia Gonzalez

Original Mandamus Proceeding[1]

## ORDER

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Rebeca C. Martinez, Justice

On June 6, 2014, relators Gerry and Claudia Gonzalez filed a petition for emergency writ of prohibition and writ of mandamus, seeking relief with respect to certain actions of the Chief of Police of the City of Laredo and the Firefighters and Police Officers' Civil Service Commission of the City of Laredo. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writs requested in this proceedings are not necessary to enforce our appellate jurisdiction. Accordingly, relators' petition for emergency writ of prohibition and writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on June 6, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CVZ000391D3, styled *Gerardo Gonzalez and Claudia Gonzalez v. Ray Garner, in his official capacity and Firefighters and Police Officers' Civil Service Commission of the City of Laredo, Texas*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo presiding.